# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    Magistrate Case No. 14-9084

v.

Edward Sutton    **ORDER**

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __22nd__ day of __May__, 2014

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

F A